THE INDIANAPOLIS PIANO MANUFACTURING CO. ET AL. *v.*
CAVEN.

APPEAL.—*Supreme Court.—Parties.—Notice.*—Where one of several co-
parties to an action appeals to the Supreme court, without joining or no-
tifying the others, the appeal will be dismissed.

From the Marion Circuit Court.

*J. Hanna, F. Knefler* and *C. S. Holstein,* for appellants.

*J. W. Gordon, T. M. Browne, R. N. Lamb* and *J. N.
Sweetser,* for appellee.

NIBLACK, J.—John Caven, the appellee, sued The In-
dianapolis Piano Manufacturing Company, as the maker,
and William J. H. Robinson, Jacob C. Geisendorff, Chris-
tian E. Geisendorff, Isaac Thalman and William W.
Leathers, as endorsers, in the court below, on a promis-
sory note dated July 23d, 1872, and payable at Harri-
son's Bank, of Indianapolis, ninety days after date, for the
sum of four thousand dollars.

Robinson made default. The Indianapolis Piano
Manufacturing Company and Leathers each answered
separately, and the remaining defendants answered to-
gether. Issues were formed on these answers, involving,
amongst other things, questions affecting the considera-
tion of the note, and the relations of the several parties
to the note, as between themselves.

These issues were tried by a jury, resulting in a gen-
eral verdict for the plaintiff, accompanied by answers to
certain interrogatories propounded to the jury under the
direction of the court, and in a judgment against all the
defendants.

The Indianapolis Piano Manufacturing Company, to-
gether with the Geisendorffs and the said Thalman and
Leathers, have appealed to this court, without joining
their codefendant, Robinson, in the appeal, and without
serving notice of the appeal upon him. His name does

not anywhere appear in the appellate proceedings in this court.

For these reasons, the appellee objects that the appeal has not been perfected, and that the cause is not properly in this court for a hearing on its merits.

The objection is well taken, and the appeal will have to be dismissed. 2 R. S. 1876, p. 239, sec. 551; *Emmert* v. *Darnall*, *ante*, p. 141.

The appeal is dismissed, at the costs of the appellants.